JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>     Plaintiff,<br><br>     vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>     Defendants. | CASE NO. 8:24-CV-01752-JWH-ADS<br><br>*Assigned to the Hon. John W. Holcomb*<br><br>**JUDGMENT**<br><br>Action Filed: February 13, 2024 |

JUDGMENT RE F.R.C.P., RULE 68 OFFER OF JUDGMENT
CASE NO. 8:24-CV-01752-JWH-ADS

1  Plaintiff PEDRO RODRIGUEZ ("Plaintiff") accepted Defendant Nissan
2  North America, Inc.'s ("Nissan") Offer of Judgment pursuant to Rule 68 of the
3  Federal Rules of Civil Procedure. Accordingly,
4      It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
5      1. Judgment is **ENTERED** in **FAVOR** of Plaintiff in the amount of
6  $66,620.32 pursuant to the terms of the Rule 68 Offer. Nissan shall pay this amount
7  within 30 days of Notice of Entry of Judgment.
8      2. Plaintiff shall reserve the right to petition the Court for an award of
9  reasonably and actually incurred attorney fees and costs recoverable pursuant to
10 California Code of Civil Procedure Section 1794(d). Any such motion shall be filed
11 no later than 14 days after entry of judgment. In ruling on Plaintiff's fee/cost
12 motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if
13 Plaintiff was found to have prevailed in this action under section 1794(d) of the
14 California Code of Civil Procedure as of the date of this offer of judgment. Nissan
15 expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award
16 thereon. Nissan will pay the amounts determined by the Court within 30 days after
17 entry of the award unless either party has filed a notice of appeal.
18 **IT IS SO ORDERED.**

20 DATED: June 16, 2025

THE HONORABLE JOHN W. HOLCOMB
JUDGE OF THE UNITED STATES DISTRICT COURT