JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:24-cv-01752-JWH-ADS<br><br>*Assigned District Judge: John W. Holcomb*<br><br>*Assigned Magistrate Judge: Autumn D. Spaeth*<br><br>**ORDER OF DISMISSAL** |

Based upon the stipulation of the parties, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. The stipulation is **GRANTED**.
2. The entire action, including all claims and counterclaims stated herein against all parties, are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Date: November 6, 2025       By: _____
                                John W. Holcomb
                                United States District Judge